UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
IN OPEN COURT

APR 09 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Four Counts) |
| | ) | |
| v. | ) | Case No.: 3:25-cr-27 CCB SJF |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| WALLACE SANNER | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 23, 2022, in the Northern District of Indiana,

**WALLACE SANNER,**

defendant herein, in connection with the acquisition of a firearm from a licensed firearms dealer (hereinafter "FFL 1"), knowingly made a false and fictitious statement to FFL 1, and the statement was intended and likely to deceive FFL 1 with respect to a fact material to the lawfulness of the acquisition of the firearm by the defendant, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was the actual transferee/buyer of the firearm even though he was not.

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about August 23, 2022, in the Northern District of Indiana,

**WALLACE SANNER,**

defendant herein, knowingly made a false statement and representation to a licensed firearms dealer (hereinafter "FFL 1") with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL 1, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was the actual transferee/buyer of the firearm even though he was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about September 24, 2022, in the Northern District of Indiana,

**WALLACE SANNER,**

defendant herein, in connection with the acquisition of a firearm from a licensed firearms dealer (hereinafter "FFL 1"), knowingly made a false and fictitious statement to FFL 1, and the statement was intended and likely to deceive FFL 1 with respect to a fact material to the lawfulness of the acquisition of the firearm by the defendant, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was the actual transferee/buyer of the firearm even though he was not.

All in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about September 24, 2022, in the Northern District of Indiana,

**WALLACE SANNER**,

defendant herein, knowingly made a false statement and representation to a licensed firearms dealer (hereinafter "FFL 1") with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL 1, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he was the actual transferee/buyer of the firearm even though he was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(a)(6) or 924(a)(1)(A) alleged in Counts 1 through 4 of this Indictment, the defendant **WALLACE SANNER** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

Dated: April 9, 2025

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By: *s/ Joseph P. Falvey*
Joseph P. Falvey
Assistant United States Attorney